Nate L. Dilger (Bar No.196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081
*Attorneys for Plaintiffs Network Signatures, Inc.*

Aaron R. Feigelson
**LEYDIG. VOIT & MAYER LTD.**
180 N. Stetson Avenue
Two Prudential Plaza
Chicago , IL 60601
(312)616-5600
Email: arf@leydig.com
*Attorneys for Defendant, Aetna, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>AETNA INC.,<br><br>          Defendant. | Case No. SACV11-01674-JVS (RNBx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>**Complaint deemed served:**     Nov. 8, 2011<br>**Current response date:**          Dec. 29, 2011<br>**New response date:**               Jan. 28, 2011 |

Plaintiff Network Signatures Inc. ("Plaintiff") and Defendant Aetna Inc. ("Defendant") hereby submit, through the undersigned, the following Second Stipulation To Extend Time to Answer or Otherwise Respond to Initial Complaint, pursuant to Local Rule 8-3:

WHEREAS on November 1, 2011, Plaintiff filed its complaint in the above-titled action.

1  WHEREAS on November 8, 2011, Plaintiff served its complaint on Defendant.

2  WHEREAS Defendant's responsive pleading was initially due to be filed on
3  November 29, 2011.

4  WHEREAS the parties previously agreed to extend Defendant's responsive pleading
5  deadline to December 29, 2011, and filed a stipulation to that effect with the Court on
6  November 2, 2011, Docket No. 8.

7  WHEREAS the parties further agree to extend Defendant's responsive pleading
8  deadline by up to an additional thirty (30) days, to allow for the parties to further
9  investigate the claims and attempt to resolve the matter.

## SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO INITIAL COMPLAINT

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff and Defendant, through the undersigned and with good cause being shown, to extend Defendant's responsive pleading deadline to January 28, 2012.

Respectfully Submitted,

December 22, 2011          **ONE LLP**

By: _____
Nathaniel L. Dilger, Esq.
Attorneys for Plaintiff
Network Signatures, Inc.

December 22, 2011          **LEYDIG, VOIT & MAYER, LTD.**

By:  /s/ Aaron R. Feigelson
Aaron R. Feigelson
Attorneys for Defendant
Aetna Inc.

2

**SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER**