Nate L. Dilger (Bar No.196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081
*Attorneys for Plaintiffs Network Signatures, Inc.*

JONATHAN P. HERSEY, Cal. Bar No. 189240
jhersey@slaterhersey.com
SCOTT B. LIEBERMAN, Cal. Bar No. 208764
slieberman@slaterhersey.com
**SLATER HERSEY & LIEBERMAN LLP**
18301 Von Karman Ave., Suite 1060
Irvine, California 92612
Telephone: 949-398-7500
Facsimile: 949-398-7501

Steven P. Petersen *(pro hac vice)*
spetersen@leydig.com *(pro hac vice)*
Aaron R. Feigelson
arf@leydig.com
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
Telephone:   (312) 616-5609
Facsimile:    (312) 616-5700
*Attorneys for Defendants, Aetna Inc.*

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| NETWORK SIGNATURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AETNA INC., <br><br> Defendant. | Case No. SACV11-01674-JVS (RNBx) <br><br> **ORDER RE DISMISSAL** |

[PROPOSED] ORDER

# ORDER

Plaintiff Network Signatures, Inc. and Defendant Aetna Inc.'s Joint Stipulation to dismiss this action in its entirety, WITHOUT prejudice, with each side to bear its own costs, fees, and expenses, is hereby granted.

IT IS SO ORDERED.

Dated: June 26, 2012

_____
Judge James V. Selna